**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-20-00202-CV**
_____

**DWAYNE BURLESON AND PATRICIA M. BURLESON, Appellants**

**VS.**

**KELLEY FAMILY INVESTMENTS, LTD., Appellee**

**On Appeal from the County Court at Law No. 1**
**Jefferson County, Texas**
**Trial Cause No. 135410**

**MEMORANDUM OPINION**

On August 20, 2020, the trial court signed a judgment for possession in favor of Kelley Family Investments, Ltd. in a forcible entry and detainer suit. Appellants Dwayne Burleson and Patricia M. Burleson filed a notice of appeal.[1] On October 23, 2020, we notified the parties that the appeal would be dismissed unless appellants remitted the filing fee for the appeal. Appellants did not respond.

---

[1] The trial court's judgment included Dwayne Burleson, Patricia M. Burleson, and all other occupants.

Appellants did not file affidavits of indigence on appeal and have not shown that they are entitled to proceed without payment of costs. *See* Tex. R. App. P. 20.1. There being no satisfactory explanation for appellants' failure to pay the filing fee for the appeal, the appeal is dismissed for want of prosecution. *See* Tex. R. App. P. 42.3.

APPEAL DISMISSED.

PER CURIAM

Submitted on December 29, 2020
Opinion Delivered December 30, 2020

Before Kreger, Horton, and Johnson, JJ.